IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Baldwin, Cynthia Renae | Case Number: 06 B 03980 |
|---|---|---|
| | | Judge: Hollis, Pamela S |
| | Printed: 11/27/07 | Filed: 4/10/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: October 15, 2007
Confirmed: July 17, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 22,212.24 |  |
| Secured: |  | 18,573.38 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,527.81 |
| Trustee Fee: |  | 1,111.05 |
| Other Funds: |  | 0.00 |
| Totals: | 22,212.24 | 22,212.24 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Lorraine Greenberg & Assoc LLC | Administrative | 2,841.00 | 2,527.81 |
| 2. | Deutsche Bank National Trustee | Secured | 0.00 | 0.00 |
| 3. | Silverleaf Resorts Inc | Secured | 0.00 | 0.00 |
| 4. | HSBC Mortgage Services | Secured | 0.00 | 0.00 |
| 5. | Deutsche Bank National Trustee | Secured | 0.00 | 0.00 |
| 6. | HSBC Mortgage Services | Secured | 0.00 | 0.00 |
| 7. | Saxon Mortgage Services Inc | Secured | 14,278.98 | 12,599.10 |
| 8. | Wells Fargo Fin Acceptance | Secured | 29,329.72 | 5,974.28 |
| 9. | Saxon Mortgage Services Inc | Secured | 9,990.37 | 0.00 |
| 10. | Asset Acceptance | Unsecured | 39.91 | 0.00 |
| 11. | AmeriCash Loans, LLC | Unsecured | 989.63 | 0.00 |
| 12. | AmeriCash Loans, LLC | Unsecured | 282.56 | 0.00 |
| 13. | City Of Chicago | Secured | | No Claim Filed |
| 14. | Allan Shoelson DPM | Unsecured | | No Claim Filed |
| 15. | University Pathologists PC | Unsecured | | No Claim Filed |
| 16. | Rush Presbyterian St Luke's Hospital | Unsecured | | No Claim Filed |
| 17. | Capital One | Unsecured | | No Claim Filed |
| 18. | First Premier | Unsecured | | No Claim Filed |
| 19. | Comcast | Unsecured | | No Claim Filed |
| 20. | Direct Tv | Unsecured | | No Claim Filed |
| 21. | Rush Emergency Services | Unsecured | | No Claim Filed |
| 22. | Affiliated Radiologist | Unsecured | | No Claim Filed |
| 23. | AmeriCash Loans, LLC | Unsecured | | No Claim Filed |
| 24. | Rush Presbyterian St Luke's Hospital | Unsecured | | No Claim Filed |
| 25. | Rush Presbyterian St Luke's Hospital | Unsecured | | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Baldwin, Cynthia Renae | Case Number: 06 B 03980 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 11/27/07 | Filed: 4/10/06 |

| | | | | |
|---|---|---|---|---|
| 26. | Assoc St James Radiologists | Unsecured | | No Claim Filed |
| 27. | Ultra Care | Unsecured | | No Claim Filed |
| 28. | Vyridian Revenue Managment | Unsecured | | No Claim Filed |
| 29. | A All Financial | Unsecured | | No Claim Filed |
| 30. | Cingular Wireless | Unsecured | | No Claim Filed |
| 31. | Verizon Wireless | Unsecured | | No Claim Filed |
| 32. | Associated St James Radiologis | Unsecured | | No Claim Filed |
| 33. | Rush Behavioral Systems | Unsecured | | No Claim Filed |
| 34. | St. James Hospital | Unsecured | | No Claim Filed |
| 35. | William B Evans MD SC | Unsecured | | No Claim Filed |

$ 57,752.17            $ 21,101.19

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 50.22 |
| 5% | 320.76 |
| 4.8% | 509.47 |
| 5.4% | 230.60 |

$ 1,111.05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_